# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA M. CAPOZZI<br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING<br>COMMISSIONER OF SOCIAL SECURITY<br>Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 15-5553<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 10th day of October 2018, upon consideration of Plaintiff's Request for Review, Defendant's Response, the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin, Plaintiff's Objections to the Report and Recommendation, and Defendant's Response thereto, and after careful, independent review of the complete administrative record, it is hereby **ORDERED** that:

1. The Clerk is directed to **REMOVE** the case from Civil Suspense;
2. Plaintiff's Objections to the R&R [Doc. No. 15] are **OVERRULED**;
3. The R&R [Doc. No. 14] is **APPROVED** and **ADOPTED**[1]; and
4. Consistent with the R&R, the relief sought in Plaintiff's Request for Review [Doc. No. 10] is **DENIED**, and the decision of the Commissioner is **AFFIRMED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.

---

[1] The Court agrees with the recommendation that the decision of the Administrative Law Judge ("ALJ") be affirmed. The ALJ explained that he accorded "limited weight" to the opinion of Plaintiff's psychiatrist, Dr. Lirag, because Dr. Lirag's opinion contradicted his own treatment of Plaintiff and Plaintiff's testimony. R. 26-27. As the R&R explains, some of Dr. Lirag's opinions were also inconsistent with the findings of other treating physicians. R&R at 12. The ALJ did find, considering all of the medical evidence, that Plaintiff had certain limitations and incorporated them into the residual functional capacity assessment. R. 26-27. Substantial evidence supports the ALJ's determination that Plaintiff could perform unskilled work with no interaction with the public in simple transactions or working in the vicinity of crowds, and the vocational expert testified that Plaintiff was capable of performing past relevant work and that there were other jobs available that she could perform. R. 27-28.